JOHN S. ISAACS, d. b. a., *v.* DAVID S. ISAACS, p. b. r.

(*July* 7, 1930.)

HARRINGTON and RICHARDS, J. J., sitting.

*James M. Tunnell* for defendant below, appellant.

*Andrew J. Lynch* for plaintiff below, respondent.

Superior Court for Sussex County, No. 40, October Term, 1929.

HARRINGTON, J., delivering the opinion of the court:

The words omitted from the appeal bond would not affect the rights of the appellee under such bond if judgment should be rendered against the appellant; and we, therefore, think that the bond in question sufficiently complies with the statute.

This conclusion is not inconsistent with the cases cited by the plaintiff below, and his motion to dismiss the appeal is, therefore, refused.